♦ PS 8
(12/04)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 04 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

U.S.A. vs.     Cruz Mendoza          Docket No.     2:11CR00107-006

## Petition for Action on Conditions of Pretrial Release

COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Cruz Mendoza who was placed under pretrial release supervision by the Honorable James P. Hutton sitting in the Court at Yakima, WA, on the 9th day of September, under the following conditions:

**Standard Condition No. 28**: Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through pretrial services, and shall not exceed (6) times per month. Defendant shall submit to any method of testing required by the pretrial services office to determine whether the defendant is using a prohibited substance. Such methods shall be used with random frequency and shall include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing. Full mutual releases shall be executed to permit communication between the Court, pretrial services, and the treatment vendor. Treatment shall not interfere with the defendant's court appearances.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation No. 1**: Cruz Mendoza is considered in violation of his pretrial supervision in the Eastern District of Washington by failing to report for urine drug testing on July 26, 2012, and August 22, 2012.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   8/28/2012

by   s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

9/4/12
Date