AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)        Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**DEC 1 6 2015**

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

United States of America )
v. )
CRUZ MENDOZA )  Case No: 2:11-CR-0107-WFN-6
) USM No: 13875-085
)
Date of Original Judgment: 02/04/2013 )
Date of Previous Amended Judgment: _____ ) Matthew A. Campbell
*(Use Date of Last Amended Judgment if Any)*   *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  **100**  months is reduced to  **80 months** .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  **02/04/2013**  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  12/16/15

Judge's signature

Effective Date: _____
*(if different from order date)*

The Hon. Wm. Fremming Nielsen    Senior Judge, U.S. District Court
*Printed name and title*